Robin Ashton
Box 1168
Marion, MT 59925
(406) 756-0843 **NEW**
Plaintiff pro se

RECEIVED

AUG 19 2016

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| ROBIN ASHTON, and similarly situated individuals      Plaintiff | Cause No.  CV 15-66-M-DWM-JCL |
| vs. | STATUS REPORT |
| | COMPLETION |
| RICHARD DE JANA, HEIDI ULBRICHT in her official and personal capacity, FLATHEAD COUNTY, DOE DEFENDANTS,   Defendants | |

1. Now comes the Plaintiff to complete the Court's orderd status report of originating case in the 11th District of Flathead County. Though the Plaintiff had taken medical leave, she has due to the 11th District Court aiding the Defense in granting what would have been an ex parte hearing to remove restraining order, for which Plaintiff has paid for bond for the three previous years, happened to hear about, and thus must take things up before she was quite ready, or have yet a more corrupt case to fight locally.

2. The hearing is set for Aug. 22. It is again w/o any disability accommodations. The Defense (meaning Defendant's att'y) had, yet again, since my initial "partial status

pg. 1 of 5

    update had yet another filing through the Clerk of Court concerning my health and disability rights, which is not allowed, and to which I made response, which also should not have been required. The Clerk of Court accepted these, which they should have rejected. So all around, the fines for ADAA violations are still accruing.

3.     While reviewing the Court's order again, I think I understand at least some of why it is being refused to intervene, although I still object in that it is in fact allowing the District Court to continue to violate my rights, and cause me further trauma and injury.

4.     Plaintiff believes the originating case could have been put on hold while this situation was remedied, and in fact given the length of time I needed, and still am in need of, for health recuperation, had any legal aid been appointed, this case could likely have have been resolved by now, the necessary persons educated, and violations ceased.

5.     Just before my taking extremely necessary medical leave, having, as in partial status update, stated there were more violations, it is clear that the presiding Judge made no effort to educate her office or take any other actions to provide any corrections to a serious set of violations, right along with the basic violations of due process that have occured from the start this (originating) case's involvement with the Court.

6.     This Court's order, pg. 5 states I did not "specify for which claims she seeks monetary relief." I seek relief for every violation related directly, and as law allows, by appearance, committed in the originating case. This is estimated under Title III, being estimated – on the low end, on my original complaint pg. 19 number 7. for prayer for relief. That is before the additional violations occured, and more doe defendants accrued.

7.     Before the Court may suggest that I may not be entitled to these amounts; they are the listed amounts allowed as fines for violations that are to be known; and especially after being made known to those who like to attack me with "ignorance of the law is no excuse" - though that is not always the case. How more so when they have knowledge of the law, have all the

access that is not available to the general public, experience and education to locate or find all these things and still continue to do so?

8. Therefore, even if these fines might possibly be construed as only by the gov't, I believe as the Plaintiff I am deserving of every one of these that they might have brought for the simple reasons:

   A. According to the DOJ this area of the country doesn't have the funds to pursue the claims.

   B. I am doing the government's job for it, and am entitled to compensation for having to do the government's work for it.

   C. The damages done against me, especially considering much of it is permanent, has cost irreplaceable years and QUALITY of my life that should never have been allowed to be damaged so. It is not like in this day and age, except perhaps in Stone Age MT, that people are unaware we have disability rights in this country; for a long time now.

   D. The amount also needs to be significantly huge to make an impact upon every judge across this state, making sure they become aware they are working for the people, and become educated in an area of the law that seems to be lacking statewide, including attorneys, who need educating in this area also.

   E. There is not ONE single REAL disability advocate or attorney in this state that I can locate, and I have tried since about mid 2014. "Disability Rights MT" does not even support accommodations rights, though I have had contact with them numerous times, as all other agencies including up to the Whitehouse funnels back to them.

   I hope this is sufficient answer to that question.

9. Further status report on originating case, besides above mentioned: As I have just had to start taking this up again, and because of hearing working backwards up the line to play catch up, still have several filings to make, including violations of hearings of the Plaintiff as "defendant" for contempt of court (how dare I make a mistake ever), with

warrant for my arrest, two of which such hearings took place with conflict of interests by the state against me, w/o providing any legal defense. So, I have those to argue, and also several other unanswered by the Court motions argued prior to the Dec. 2015 hearing, to work back to, before this case can go forward in the guaranteed mistrial it is heading for.

10. Being the Plaintiff is still working at straightening out things w/Medicaid and Medicaid waiver, and similar related situations, also arising out of original case, I have not had the degree of recovery I had hoped by this time, or much sooner. Some has been resolved, some is dragging on, and may cause rescheduling of some future court hearings, and/or may <u>may cause me to have to take leave again</u> at some point, even if much shorter, as just the amount of hours put in, in the last week and a half to prepare of ex parte hearing, which likely will be yet another complete waste of my time, as has proven so in previous hearings, causes me exhaustion, back aggravation, kidney stones from all the sitting, which this isn't helping, but I felt needs to get done and updated, so I can then focus back on local case issues.

## CLOSING

11. As I make similar mention in the recent motions for the related cases filed in this Court I make also here:

   1. Please also note that while given permission to access my cases on PACER, I have extreme to impossible difficulty accessing it, and gave up. Possibly I will try again at some point, but am only relying on mail currently.

   2. I request and require, if the Court wants to have papers done to their desired standards, and because of health cannot reasonably be expected to always have things done in the manner or time frame the Court may desire, appointed "limited scope representation" I found under **MCA Rule 11 (e)** *"Limited Scope Representation. An attorney may help to draft a pleading, motion, or document filed by an otherwise self-represented person,*

*and the attorney need not sign that pleading, motion, or document. The attorney in providing such drafting assistance may rely on the otherwise self-represented person's representation of facts, unless the attorney has reason to believe that such representations are false or materially insufficient, in which instance the attorney shall make an independent reasonable inquiry into the facts."*

3. **The only difference between this case and my denied cases is the drafting of the Complaint. This Court has made it clear it does not find me capable of doing the job on my own, and the other filed cases evidence that. These are all one contiguous chain of events and in fact one huge case, but better dealt with in smaller sections, as I mention in the related case motions, CV-15-88 and 96.**

4. I am requesting I be allowed equal access and due process, protection of my civil rights, not only for me, but for all in the state and particularly those similarly situated, and even less able for various reasons to pursue truth and justice through our "broken" civil court justice system. Let's start fixing it by using it to do the job it was created to do; to work for us, not further harm us. This includes the in actuality the above mentioned adjoining cases being allowed to be brought to light, rather than allowing those who harm and damage others to realize there is no such thing as law or justice in this State, and people can do whatever they want, regardless of if it is wrong. Thank you, I hope I have sufficiently addressed what needed to be in the Court's order.

Dated this 17th day of Aug, 2016.

Robin Ashton

Robin Ashton, Plaintiff