IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBIN ASHTON,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD DE JANA, HEIDI ULBRICHT in her official and personal capacity, FLATHEAD COUNTY, and DOE DEFENDANTS,<br><br>Defendants. | CV 15–66–M–DLC–JCL<br><br>ORDER |

On April 3, 2017, the Court ordered Plaintiff Robin Ashton ("Ashton") to file a status report by May 1, 2017 informing the Court of the status of her underlying contract-related lawsuit in Flathead County. (Doc. 21.) The Court has given Ashton ample time to submit a status report. Ashton has failed to comply with the Court's Order and prosecute her case. Consequently, pursuant to Federal Rule of Civil Procedure 41(b), this case will be dismissed.

IT IS ORDERED the this case is DISMISSED WITH PREJUDICE. This case is CLOSED. The Clerk is directed to enter judgment for failure to prosecute.

DATED this 25th day of July, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-