UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBIN ASHTON, | Case No. CV-15-066-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| RICHARD DE JANA, et al.; | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED for failure to prosecute in accordance with the order issued on today's date.

Dated this 25th day of July, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk